## Phelps *vs.* Ball.

IN this caufe a motion was made by the attorney general, to amend the *fi. fa.* after it was returned fatisfied, by altering two miftakes in the writ. He cited Sir T. Jones 41.          Motion granted.

## APRIL TERM, 1799.

## Fleming, Executor, *v.* Tiler.

THE Plaintiff fhews as Caufe againft a Rule why he fhould not pay Cofts, he having been non-fuited on the Trial at the Circuit, that the *Writing* on which the Suit was brought was dated in *feventy*, &c. and, through Miftake in copying, the Date in the Declaration, as entered on the Nifi Prius Roll, was *ninety*, &c. and that for this Variance the Defendant had obtained the Non-fuit againft him.                            Rule difcharged.